**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Elections Operating LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Plerus** <br> **Michigan Election Resources** <br> **MER** <br> **M.E.R.** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-5189427** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1175 Davis Road** <br> **Elgin, IL 60123** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kane** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | Elections Operating LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

■  None of the above

B.  *Check all that apply*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3231

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐  Chapter 7

☐  Chapter 9

■  Chapter 11. *Check **all** that apply:*

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■  No.
☐  Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Elections Operating LLC**                                                   Case number (*if known*) _____
　　　　　Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Elections Operating LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Elections Operating LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2023**
               MM / DD / YYYY

**X** */s/ Matthew M. Sandretto*            **Matthew M. Sandretto**
Signature of authorized representative of debtor      Printed name

Title    **For Byers Holding LLC, Manager**

---

**18. Signature of attorney**

**X** */s/ William S. Hackney*            Date   **June 28, 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**William S. Hackney**
Printed name

**Bryan Cave Leighton Paisner LLP**
Firm name

**161 North Clark Street**
**Suite 4300**
**Chicago, IL 60601-3315**
Number, Street, City, State & ZIP Code

Contact phone   **(312) 602-5000**      Email address   **william.hackney@bclplaw.com**

**06256042 IL**
Bar number and State

Debtor    **Elections Operating LLC**                                          Case number (*if known*)
          Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **Byers Holding LLC** | Relationship to you | **Parent** |
| District | **Northern District of Illinois** | When | Case number, if known | |
| Debtor | **Byers Operating LLC** | Relationship to you | **Afilliate** |
| District | **Northern District of Illinois** | When | Case number, if known | |
| Debtor | **Creekside Operating LLC** | Relationship to you | **Afilliate** |
| District | **Northern District of Illinois** | When | Case number, if known | |

## RESOLUTION AUTHORIZING THE FILING
## OF A CHAPTER 11 BANKRUPTCY PETITION
## BY ELECTIONS OPERATING LLC

The undersigned, Matthew Sandretto, CEO of Byers Holding LLC, a Delaware limited liability company ("**Byers Holding**"), hereby certifies that (i) Byers Holding is the sole member of Elections Operating LLC (the "**Company**"); (ii) Byers Holding consents to the adoption of; and (iii) hereby adopts as binding resolutions of the Company the following resolutions which, in the judgment of the undersigned, are desirable and in the best interests of the Company:

RESOLVED that it is appropriate for the Company to file for bankruptcy reorganization under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), and it is in the best interests of the Company to file a petition under chapter 11 of the Bankruptcy Code; and

RESOLVED further that Matthew Sandretto ("**Authorized Agent**") is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court for the Northern District of Illinois and may therein effectuate a sale of the Company's assets; and

RESOLVED further that the Authorized Agent is authorized to engage and retain the law firm of Bryan Cave Leighton Paisner LLP ("**BCLP**") on behalf of the Company on all matters related to its chapter 11 case, including the filing of all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action which it deems necessary, proper, or desirable in connection with the chapter 11 case.

Effective, this __28TH__ day of June, 2023

ELECTIONS OPERATING LLC

By:      _____

Name:    Matthew Sandretto
         Chief Executive Officer
         Byers Holding LLC
         (Sole member of Elections Operating LLC)

**Fill in this information to identify the case:**

Debtor name   **Elections Operating LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 28, 2023**      X **/s/ Matthew M. Sandretto**
                                     Signature of individual signing on behalf of debtor

                                     **Matthew M. Sandretto**
                                     Printed name

                                     **For Byers Holding LLC, Manager**
                                     Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Elections Operating LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adams Heating and Cooling Attn Robert Adams 5593 N. Riverview Kalamazoo, MI 49004** | **Robert Adams** **adamshckalamazoo@gmail.com (269) 349-7240** | **Trade Debt** | | | | **$24,787.92** |
| **All Seasons Express, Inc. Attn Customer Service 5398 Market Street Kalamazoo, MI 49048** | **Customer Service** **Fax: (269-344-7100 (269) 344-3341** | **Trade Debt** | | | | **$600.00** |
| **All-Tronics, Inc. Attn Joan Guinther 550 Major Avenue Battle Creek, MI 49037** | **Joan Guinther** **Fax: (269) 968-9704 (269) 968-7171** | **Trade Debt** | | | | **$319.50** |
| **Alliance Air Attn Accounts Receivable 2423 Bender Road Portage, MI 49002** | **Accounts Receivable** **Accounting@AllAir.us (269) 978-6528** | **Trade Debt** | | | | **$629.14** |
| **Canney's Water Conditioning, Inc. Attn Accounts Receivable 3712 Miller Road Kalamazoo, MI 49001** | **Accounts Receivable** **canneys@canneys.com (877) 343-2699** | **Trade Debt** | | | | **$128.34** |
| **Consumers Energy Company Attn Accounts Receivable P.O. Box 740309 Cincinnati, OH 45274** | **Accounts Receivable** **businesscenter@cmsenergy.com (800) 805-0490** | **Utility Service** | | | | **$342.09** |

Debtor  **Elections Operating LLC**                                    Case number (if known) _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Crown Equipment Corporation Attn: Kim Pisey P.O. Box 641173 Cincinnati, OH 45264-1173** | **Kim Pisey** Pisey.Kim@crown.com **(616) 530-3000** | **Trade Debt** | | | | **$128.43** |
| **Enterprise Envelope Inc. Attn Brian Venema 920 Ken O Sha Industrial Park Drive Grand Rapids, MI 49508-8215** | **Brian Venema** orders@enterprise envelope.com **(616) 247-1343** | **Trade Debt** | | | | **$10,660.23** |
| **EPS Security Attn Sydney Johnston 750 Front NW Grand Rapids, MI 49504-4400** | **Sydney Johnston** customercare@eps security.com **(800) 966-9199** | **Trade Debt** | | | | **$171.42** |
| **Griffin Pest Solutions Attn Accounts Receivable 1606 Momentum Place Chicago, IL 60689-5316** | **Accounts Receivable** ar@griffinpest.com **(269) 585-1022** | **Trade Debt** | | | | **$69.00** |
| **Heidelberg USA, Inc. Attn Timicia Boyce P.O. Box 5160 Carol Stream, IL 60197** | **Timicia Boyce** Timicia.Boyce@hei delberg.com **(770) 419-6500** | **Trade Debt** | | | | **$2,942.69** |
| **K-ZOO Property Holdings LLC Attn Avis Karim 37257 Mound Road Suite A Sterling Heights, MI 48310** | **Avis Karim** avis@ak-capitalhol dings.com **(248) 828-7298** | **Landlord** | **Subject to Setoff** | | | **$10,920.84** |
| **Kandler Tool Co. Attn Accounts Receivable 5515 King Highway Kalamazoo, MI 49048** | **Accounts Receivable** kandlertool@kandl ertool.com **(269) 343-8286** | **Trade Debt** | | | | **$3,500.00** |
| **Millcraft Paper Attn Rex Ringle P.O. Box 72466 Cleveland, OH 44192** | **Rex Ringle** credit@millcraft.co m **(260) 483-8146** | **Trade Debt** | | | | **$183.61** |

Debtor   **Elections Operating LLC**                                    Case number *(if known)* _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Republic Services P.O. Box 9001099 Louisville, KY 40290-1099** | **Catharine Ellingsen** cellingsen@republicservices.com (480) 627-2700 | **Utility Service** | | | | **$731.93** |
| **Spectrum Business Attn: Accounts Receivable P.O. Box 94188 Palatine, IL 60094** | **Accounts Receivable** res-w9requests@charter.com (800) 314-7195 | **Trade Debt** | | | | **$805.42** |
| **The Computer Guild LLC Attn: Client Support 3400 S Westnedge Avenue Kalamazoo, MI 49008** | **Client Support** support@computerguild.com (269) 372-1170 | **Trade Debt** | | | | **$878.85** |
| **UPS P.O. Box 809488 Chicago, IL 60680** | **Norman M. Brothers, Jr.** nbrothers@ups.com (404) 828-6000 | **Trade Debt** | | | | $1,268.09 |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Elections Operating LLC** _____   Case No. _____
                                    Debtor(s)                Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Byers Holding LLC**<br>**1175 Davis Road**<br>**Elgin, IL 60123** | | **100%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **For Byers Holding LLC, Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **June 28, 2023** _____   Signature   **/s/ Matthew M. Sandretto** _____
                                                              **Matthew M. Sandretto**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Elections Operating LLC**                                                    Case No.

                                                    _Debtor(s)_          Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                      **34**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **June 28, 2023**                              **/s/ Matthew M. Sandretto**

                                                **Matthew M. Sandretto**/**For Byers Holding LLC, Manager**
                                                Signer/Title

Adams Heating and Cooling
Attn Robert Adams
5593 N. Riverview
Kalamazoo, MI 49004


All Seasons Express, Inc.
Attn Customer Service
5398 Market Street
Kalamazoo, MI 49048


All-Tronics, Inc.
Attn Joan Guinther
550 Major Avenue
Battle Creek, MI 49037


Alliance Air
Attn Accounts Receivable
2423 Bender Road
Portage, MI 49002


Bank of America
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255


Canney's Water Conditioning, Inc.
Attn Accounts Receivable
3712 Miller Road
Kalamazoo, MI 49001


Consumers Energy Company
Attn Accounts Receivable
P.O. Box 740309
Cincinnati, OH 45274


Crown Equipment Corporation
Attn: Kim Pisey
P.O. Box 641173
Cincinnati, OH 45264-1173


ENGS Commercial Finance Co.
P.O. Box 71347
Chicago, IL 60694-1347

Enterprise Envelope Inc.
Attn Brian Venema
920 Ken O Sha Industrial Park Drive
Grand Rapids, MI 49508-8215


EPS Security
Attn Sydney Johnston
750 Front NW
Grand Rapids, MI 49504-4400


Griffin Pest Solutions
Attn Accounts Receivable
1606 Momentum Place
Chicago, IL 60689-5316


Heidelberg USA, Inc.
Attn Timicia Boyce
P.O. Box 5160
Carol Stream, IL 60197


Highland Capital Corp.
P.O. Box 51045
Newark, NJ 07101-5145


Internal Revenue Service
Centralized Insolvency Operations
Post Box 7346
Philadelphia, PA 19101-7346


K-ZOO Property Holdings LLC
Attn Avis Karim
37257 Mound Road
Suite A
Sterling Heights, MI 48310


Kandler Tool Co.
Attn Accounts Receivable
5515 King Highway
Kalamazoo, MI 49048


Live Oak Bank
1741 Tiburan Drive
Wilmington, NC 28403

m2 Lease Funds
175 N. Patrick Boulevard
Suite 140
Brookfield, WI 53045-5819


Michigan Election Resources LLC
14920 South 22nd Street
Vicksburg, MI 49093


Midland Equipment Finance
7700 Bonhomme Avenue
Clayton, MO 63105


Midland Equipment Finance
1201 Network Centre Drive
Effingham, IL 62401


Millcraft Paper
Attn Rex Ringle
P.O. Box 72466
Cleveland, OH 44192


North American Banking Company
2230 Albert Street N
Roseville, MN 55113


Office of the US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604


Republic Services
P.O. Box 9001099
Louisville, KY 40290-1099


Republic Services
Attn Catharine Ellingsen
18500 N. Allied Way
Phoenix, AZ 85054


Ronald B. Rich & Associates
Attn: Ronald B. Rich
30665 Northwestern Highway
Suite 280
Farmington, MI 48334

Small Business Administration
332 S. Michigan Avenue
Suite 600
Chicago, IL 60604


Spectrum Business
Attn: Accounts Receivable
P.O. Box 94188
Palatine, IL 60094


The Computer Guild LLC
Attn: Client Support
3400 S Westnedge Avenue
Kalamazoo, MI 49008


UPS
P.O. Box 809488
Chicago, IL 60680


UPS
Attn Norman M. Brothers, Jr.
55 Glenlake Parkway
Atlanta, GA 30328


Wells Fargo Equipment Financing
Equipment and Vendor Finance
P.O. Box 77101
Minneapolis, MN 55480-7101

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Elections Operating LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Elections Operating LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Byers Holding LLC
1175 Davis Road
Elgin, IL 60123**

☐ None [*Check if applicable*]

**June 28, 2023**

Date

**/s/ William S. Hackney**

**William S. Hackney**

Signature of Attorney or Litigant

Counsel for    **Elections Operating LLC**

**Bryan Cave Leighton Paisner LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601-3315
(312) 602-5000 Fax:(312) 602-5050
william.hackney@bclplaw.com**

**ELECTIONS OPERATING LLC**

**Balance Sheet**

**As of June 1, 2023**

| | |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 110002 Elections Operating LLC (0491) | 1,122.13 |
| **Total Bank Accounts** | $ 1,122.13 |
| **Accounts Receivable** | |
| 120000 Accounts Receivable (A/R) | 5,170.65 |
| **Total Accounts Receivable** | $ 5,170.65 |
| **Other Current Assets** | |
| 130000 Inventory | 6,020.34 |
| Due To / From Plerus | -2,950.00 |
| **Total Other Current Assets** | $ 3,070.34 |
| **Total Current Assets** | $ 9,363.12 |
| **Fixed Assets** | |
| 150500 Buildings & Building Improvements | 1,666.70 |
| 151500 Printing Machines | 2,670,631.54 |
| 160000 Fixed Assets Accumulated Depreciation | -2,670,631.54 |
| **Total Fixed Assets** | $ 1,666.70 |
| **Other Assets** | |
| 172000 Intangibles | |
| 172120 Business Name | 1,000.00 |
| 172130 Customer List | 1,000.00 |
| 172140 Goodwill | 3,263,000.00 |
| 172150 Non-Compete | 100,000.00 |
| 172160 Intangibles Accumulated Amortization | -31,736.32 |
| **Total 172000 Intangibles** | $ 3,333,263.68 |
| 172100 Deferred Financing Costs | 98,311.87 |
| 172200 Deferred Financing Costs Accum. Amort. | -45,878.33 |
| **Total 172100 Deferred Financing Costs** | $ 52,433.54 |
| 172300 Security Deposit | 3,750.00 |
| **Total Other Assets** | $ 3,389,447.22 |
| **TOTAL ASSETS** | $ 3,400,477.04 |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 210000 Accounts Payable (A/P) | 96,776.34 |
| **Total Accounts Payable** | $ 96,776.34 |
| **Other Current Liabilities** | |
| Michigan Department of Treasury Payable | 27.34 |
| **Total Current Liabilities** | $ 27.34 |
| **Long-Term Liabilities** | |

| | |
|---|---|
| **250000 Due to Byers Holding LLC** | 963,096.43 |
| **250010 Due to Live Oak  Bank- SBA 7a Loan** | 2,269,049.64 |
| **250020 Due to Live Oak Bank - SBA Express LOC** | 335,854.29 |
| **250024 Due to SBA EIDL** | 500,000.00 |
| **250500 Due to Sellers - $260k Note** | 129,417.36 |
| **250520 Due to ENGS - Screen Truepress Jet520 S & Tecnau Finishing System** | 824,952.42 |
| **250600 Due to Liberty Capital Group for Bluecrest Inserter** | |
| **250601 Due to Midland - Bluecrest Deal 1** | 432,875.00 |
| **250602 Due to Highland Capital - Bluecrest Deal 2** | 294,826.00 |
| **250603 Due to North American Banking - Bluecrest Deal 3** | 51,764.00 |
| **Total 250600 Due to Liberty Capital Group for Bluecrest Inserter** | **$      779,465.00** |
| **Total Long-Term Liabilities** | **$   5,971,916.52** |
| | |
| **Total Equity** | **$  (2,571,439.48)** |
| **TOTAL LIABILITIES AND EQUITY** | **$   3,400,477.04** |

# Elections Operating LLC
## Profit and Loss
### January 1 - June 1, 2023

| | Total |
|---|---:|
| **Income** | |
| 410000 Sales of Product Income | 237,444.39 |
| 430000 Billable Expense Income | 148,025.12 |
| Shipping Income | 8,769.38 |
| **Total Income** | **$ 394,238.89** |
| **Cost of Goods Sold** | |
| 510001 Purchasing - COGS | 1,155.53 |
| 511000 Shipping, Freight & Delivery - COGS | 3,112.58 |
| 512001 Cost of labor - COGS (Michigan) | 13,657.07 |
| **Total Cost of Goods Sold** | **$ 17,925.18** |
| **Gross Profit** | **$ 376,313.71** |
| **Expenses** | |
| 610501 Delivery Car Expense (MI) | -0.10 |
| 611000 Bank Charges & Fees | 279.26 |
| 613001 Insurance | |
| 614010 Workers Comp Insurance | 972.94 |
| 614011 Workers Comp Insurance (Michigan) | 202.23 |
| 713510 Owner's Life Insurance | 113.11 |
| **Total 613001 Insurance** | **$ 1,288.28** |
| 615000 Repairs & Maintenance | 25,725.32 |
| 615500 Office Supplies | 31.49 |
| 615501 Administrative Software | 965.70 |
| 615502 Production Software | -68.85 |
| 615503 Sales Software (Web-to-Print and Other) | 2,344.00 |
| 616000 Utilities - IL | 345.41 |
| 616001 Phone and Internet | 1,717.15 |
| 616004 Water | 152.49 |
| 616005 Waste Disposal | 1,193.12 |
| 616006 Pest Control | 207.00 |
| **Total 616000 Utilities - IL** | **$ 3,615.17** |
| 616100 Utilities - MI | |
| 616102 Electricity & Gas - MI | 7,450.37 |
| **Total 616100 Utilities - MI** | **$ 7,450.37** |
| 617000 Postage and Delivery | 779.56 |
| 617100 Production Tools and Equipment | 687.04 |
| 617510 Rent - MI | 33,256.26 |
| 618000 Salesperson Expenses | 408.97 |
| 618100 Reimbursable Expenses | 72.00 |
| 640000 Payroll Expenses - Salary & Bonus - Production Manager (Michigan) | 24,046.68 |
| 640501 Payroll Expenses - Wages (Michigan) | 26,794.75 |
| 649501 Payroll Expenses - Taxes (Michigan) | 6,086.74 |

| | |
|---|---:|
| **650000 Tax Expense** | 35.33 |
| **700000 Discretionary Expenses** | |
| **700002 Advertising & Marketing** | 162.00 |
| **700006 Meals** | 182.18 |
| **700009 Payroll Fees** | 752.71 |
| **700010 Janitorial Expense** | 430.00 |
| **700012 Payroll Fees (Michigan)** | 1,073.30 |
| **700018 Payroll Expenses - Retirement Plan Contribution (Michigan)** | 1,411.40 |
| **700020 MI Office Relocation 2023** | 7,451.77 |
| **Total 700000 Discretionary Expenses** | $ 11,463.36 |
| **720000 Non-Capitalized Expenses** | |
| **720002 Equipment Lease Expense** | 71,418.54 |
| **720003 Building Maintenance** | 51,253.52 |
| **Total 720000 Non-Capitalized Expenses** | $ 122,672.06 |
| **740000 Interest Expense** | 706.20 |
| **Total Expenses** | $ 268,639.59 |
| **Net Operating Income** | $ 107,674.12 |
| **Net Income** | $ 107,674.12 |

Monday, Jun 19, 2023 02:49:03 PM GMT-7 - Accrual Basis

# Elections Operating LLC
## Statement of Cash Flows
### January 1 - June 1, 2023

**OPERATING ACTIVITIES**

  Net Income

  **Adjustments to reconcile Net Income to Net Cash provided by operations:**

    120000 Accounts Receivable (A/R)

    210000 Accounts Payable (A/P)

    210200 Illinois Department of Revenue Payable

    210300 Prepaid Postage Liability

    210306 Prepaid Postage Liability:Lemont Public Library - Prepaid Postage Liability

    210321 Prepaid Postage Liability:(LCC) Littleton Coin Company - Prepaid Postage Liability

    210322 Prepaid Postage Liability:(PMN) Print Media Network - Prepaid Postage Liability

    210323 Prepaid Postage Liability:(Credo) Marconi, LLC - Prepaid Postage

    220000 Illinois Department of Treasury Payable

    220600 Due To/From - Intercompany - ColorArt

    240101 Insurance Payable - AFLAC

    Michigan Department of Treasury Payable

    Out Of Scope Agency Payable - NOTAX

  **Total Adjustments to reconcile Net Income to Net Cash provided by operations:**

**Net cash provided by operating activities**

**INVESTING ACTIVITIES**

    150500 Buildings & Building Improvements

    172300 Security Deposit

**Net cash provided by investing activities**

**FINANCING ACTIVITIES**

    250150 Due to CenTrust Bank:SBA 7a Loan

    250202 Due to WebBank/CANCap2022

**Net cash provided by financing activities**

**Net cash increase for period**

**Cash at beginning of period**

**Cash at end of period**

| Commercial Print & Mail | Elections | Not Specified | TOTAL |
|---|---|---|---|
| -79,674.71 | 104,106.71 | -229,219.52 | -204,787.52 |
| | | | 0.00 |
| | | -53,214.39 | -53,214.39 |
| | | 159,481.76 | 159,481.76 |
| 786.25 | 0.00 | -1,004.49 | -218.24 |
| -10,726.03 | 1,735.68 | -13,070.47 | -22,060.82 |
| 0.00 | | | 0.00 |
| 169,705.17 | | 199,791.67 | 369,496.84 |
| 176.70 | | | 176.70 |
| 7,460.00 | | -12,002.10 | -4,542.10 |
| 0.00 | | | 0.00 |
| -25.00 | | 25.00 | 0.00 |
| 320.22 | | -320.22 | 0.00 |
| 11.34 | 0.00 | | 11.34 |
| 0.00 | 0.00 | 0.00 | 0.00 |
| $  167,708.65 | $  1,735.68 | $  279,686.76 | $  449,131.09 |
| $  88,033.94 | $ 105,842.39 | $  50,467.24 | $  244,343.57 |
| | -1,666.70 | | -1,666.70 |
| | -3,750.00 | | -3,750.00 |
| $  0.00 | -$  5,416.70 | $  0.00 | -$  5,416.70 |
| -27,027.53 | | | -27,027.53 |
| -29,003.54 | | -36,837.90 | -65,841.44 |
| -$  56,031.07 | $  0.00 | -$  36,837.90 | -$  92,868.97 |
| $  32,002.87 | $ 100,425.69 | $  13,629.34 | $  146,057.90 |
| 350,000.00 | | -314,091.31 | 35,908.69 |
| $  382,002.87 | $ 100,425.69 | -$  300,461.97 | $  181,966.59 |